# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE STILP, | : | CIVIL ACTION NO. 1:09-CV-0524 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| JOHN J. CONTINO and | : | |
| THOMAS W. CORBETT, JR., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of October, 2010, upon consideration of Defendants' Motion for a Stay of Thirty (30) Days in which to Respond to Plaintiff's Motion for Attorneys' Fees, said motion is hereby GRANTED. Defendants' obligation to respond to Plaintiff's Motion for Attorneys' Fees is stayed until November 29, 2010.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge